**TUSAN LAW, PC**
Christina Victoria Tusan
Adrian Barnes
680 East Colorado Boulevard, Suite 180
Pasadena, CA 91101
Telephone: (626) 418-8203
Email: *ctusan@ctusanlaw.*com
　　　　*abarnes@ctusanlaw.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
1999 Harrison Street, Suite 1650
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: *lking@kaplanfox.com*
　　　　*mgeorge@kaplanfox.com*

*Interim Co-Lead Counsel*

**COZEN O'CONNOR**
Erica Rutner (SBN 344880)
Chad Kurtz (*pro hac vice*)
Michael Puretz (*pro hac vice*)
1801 N Military Trl # 200,
Boca Raton, FL 33431
Telephone: (703) 940-3763
Facsimile: (703) 506-2051
Email: *erutner@cozen.com*
　　　　*ckurtz@cozen.com*
　　　　*mpuretz@cozen.com*

*Counsel for Defendant Igloo Products Corp.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ZANNETTINO, and KATHRYN TRAINOR, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>　　　　Defendant. | Case No. 2:25-cv-01917-MWF(JCx)<br><br>Class Action<br><br>**STIPULATION AND PROPOSED ORDER TRANSFERRING VENUE FROM CENTRAL DISTRICT OF CALIFORNIA TO THE DISTRICT OF DELAWARE** |
| ROBERT CASTELLANO, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>　　　　Defendant. | Case No. 2:25-cv-02733-MWF(JCx)<br><br>Class Action |

*[cont'd. on next page]*

| | |
|---|---|
| VY NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01917-MWF-JC<br><br><u>Class Action</u> |

LEGAL\78434661\1 - ii -                Case No. 25-cv-01917-MWF-JC

STIUPULATION RE TRANSFER OF ACTION TO DISTRICT OF DELAWARE

Plaintiffs and Defendant (collectively, the "Parties"), by their undersigned counsel, respectfully stipulate as follows:

WHEREAS, pursuant to 28 U.S.C. § 1404(a), the Parties stipulate to transfer venue from the United States District Court for the Central District of California to the United States District Court for the District of Delaware.

WHEREAS, the instant case arises out a product recall involving certain Igloo-brand coolers.

WHEREAS, in addition to the instant putative class action, another putative class action against Defendant regarding the same product recall has been filed in the United States District Court for the District of Delaware, styled *In Re Igloo Products Cooler Recall Litigation*, 1:25-CV-00298-JLH.

WHEREAS, *In Re Igloo Products Cooler Recall Litigation* involves similar claims and legal theories regarding the same product recall and is brought by overlapping putative classes.

WHEREAS, given the related nature of this action and *In Re Igloo Products Cooler Recall Litigation*, the convenience of the Parties and the witnesses and the interests of justice will be served by transferring venue of this case to Delaware so the cases can proceed in one centralized forum.

WHEREAS, as Defendant is domiciled in Delaware, the instant action could have originally been brought in the District of Delaware.

THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, that this action is to transferred United states District Court for the District of Delaware.

**IT IS SO STIPULATED.**

DATED: June 13, 2025            **COZEN O'CONNOR**

By: /s/ *Erica Rutner*
Erica Rutner

*Counsel for Defendant Igloo Products Corp.*

| | | |
|---|---|---|
| 1 | DATED: June 13, 2025 | **TUSAN LAW, PC** |
| 2 | | By: /s/ *Christina Tusan* |
| 3 | | Christina Tusan |
| | | *Interim Co-Lead Counsel* |
| 4 | | |
| 5 | DATED: June 13, 2025 | **KAPLAN FOX & KILSHEIMER LLP** |
| 6 | | By: /s/ *Matthew B. George* |
| | | Matthew B. George |
| 7 | | *Interim Co-Lead Counsel* |